# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

In Re: RYAN A. MENDENHALL,  
Attorney at Law, Bar No. 9435

Case No.: 2:17-ms-00088

**ORDER OF SUSPENSION**

On September 29, 2017, this Court entered an Order to Show Cause, mailed via certified mail with a Certified Mail Return Receipt date of delivery of October 10, 2017. However, the Order to Show Cause was returned from the United States Postal Service marked "Return to Sender – Not Deliverable as Addressed – Unable to Forward." The Order to Show Cause provided Mr. Mendenhall with thirty (30) days to respond with reasons why he should not be suspended from the practice of law in this Court. No response has been received from Mr. Mendenhall. Failure to respond within thirty (30) days warrants an Order of Suspension. Local Rule IA 11-7.

Accordingly, **IT IS HEREBY ORDERED** that Ryan A. Mendenhall, Nevada State Bar No. 9435, is hereby **SUSPENDED** from practice in United States District Court for the District of Nevada.

**DATED** this  28  day of November, 2017.

_____  
Gloria M. Navarro, Chief Judge  
United States District Court

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of United States District Court, and that on this 28th day of November, 2017, I caused to be served a true and correct copy of the foregoing Order of Suspension to the following parties via Certified Mail, Return Receipt Requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

>Ryan A. Mendenhall
>908 NE 44th Avenue, #2
>Portland, OR 97213

Certified Mail No.:   7016 2140 0000 1723 3713

>/s/ Michael Zadina
>Deputy Clerk
>United States District Court,
>District of Nevada